I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-4-13

DEPUTY CLERK

O



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RHONE,<br><br>    Petitioner,<br><br>vs.<br><br>DOMINGO URIBE JR., Warden,<br><br>    Respondent. | Case No. CV 11-7031-AG (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court also has reviewed the Supplemental Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation and the Supplemental Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) petitioner's requests for an evidentiary hearing, further development of the record, and the appointment of counsel are denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: Dec 31, 2012

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE