I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-4-13

DEPUTY CLERK

JB-6 / Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN – 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEVEN RHONE,

               Petitioner,

    vs.

DOMINGO URIBE JR., Warden,

               Respondent.

Case No.  CV 11-7031-AG (RNB)

# J U D G M E N T

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: DEC 31, 2012

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN – 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

2